# United States Court of Appeals for the Federal Circuit

---

**KENNETH D. FARROW,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7074

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 10-2266.

---

## JUDGMENT

---

KENNETH M. CARPENTER, Carpenter, Chartered of Topeka, Kansas, argued for claimant-appellant.

NICHOLAS JABBOUR, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and MARTIN F. HOCKEY, Assistant Director. Of counsel on the brief were DAVID J. BARRANS, Deputy Assistant General Counsel, and TRACEY WARREN, Attorney, United States Department of Veterans Affairs, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 March 7, 2013             /s/ Jan Horbaly
       Date                         Jan Horbaly
                                     Clerk